No. 97–1117. SHULTZ v. DEPARTMENT OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 97–1137. CYPRUS BAGDAD COPPER CORP. ET AL. v. NELSON ET UX. C. A. 9th Cir. Certiorari denied.

No. 97–1142. CHEMICAL DISTRIBUTORS, INC. v. RESURE, INC. C. A. 5th Cir. Certiorari denied.

No. 97–1157. RODRIGUEZ ET AL. v. SABATINO ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1164. GLEASON, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF GLEASON, DECEASED v. NOYES ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1165. JONES v. SECURITIES AND EXCHANGE COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 97–1179. TURNER, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF TURNER v. FALLON COMMUNITY HEALTH PLAN, INC. C. A. 1st Cir. Certiorari denied.

No. 97–1191. ANDERSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1194. EASTERN KENTUCKY RESOURCES ET AL. v. FISCAL COURT OF MAGOFFIN COUNTY, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1204. FLORIDA v. ESCOBAR. Sup. Ct. Fla. Certiorari denied.

No. 97–1244. GIBBS INTERNATIONAL, INC., FKA GIBBS TEXTILES, INC. v. INTERNAL REVENUE SERVICE. C. A. 4th Cir. Certiorari denied.

No. 97–1283. HAYNSWORTH ET AL. v. LLOYD'S OF LONDON ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1284. FAYETTE COUNTY BOARD OF EDUCATION v. L. G. P. ET AL. C. A. 6th Cir. Certiorari denied.